

# Fourth Court of Appeals
## San Antonio, Texas

June 4, 2021

No. 04-20-00119-CV

**CITY OF SAN ANTONIO**,
Appellant

v.

Nadine **REALME**,
Appellee

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2018CI14297
Honorable Rosie Alvarado, Judge Presiding

# O R D E R

Sitting:     Rebeca C. Martinez, Chief Justice
Patricia O. Alvarez, Justice
Luz Elena D. Chapa, Justice
Irene Rios, Justice
Beth Watkins, Justice
Liza A. Rodriguez, Justice
Lori I. Valenzuela, Justice

The Court has considered appellant's motion for en banc reconsideration. The motion is DENIED.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 4th day of June, 2021.



_____
Michael A. Cruz,
Clerk of Court